CARL LEWIN and SALLY LEWIN, Appellants, v. BENJAMIN ROLLER, Defendant, Impleaded with BERTRAM C. ESKELL, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.; Finch, P. J., and Untermyer, J., dissent and vote to modify the judgment so that it shall not be on the merits.

In the Matter of an Arbitration of and Concerning Matters of Difference between EXPORT SCHLACHTEREI UND SCHMALZ RAFFINERIE, A. G., Appellant, and FREY & HORGAN CORPORATION and THE SPERRY & BARNES COMPANY, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

EDWARD MEGNIN, Respondent, v. SMITH & LEO, INC., and TOBIN & McKENNA, INC., Appellants.— There was no statutory duty on the defendant general contractor to furnish a scaffold for the bricklayers and there is no proof of any affirmative negligence on the part of the general contractor. The complaint as to it should have been dismissed. Judgment in favor of plaintiff against defendant Tobin & McKenna, Inc., affirmed, with costs to the plaintiff. Judgment in favor of plaintiff and against defendant Smith & Leo, Inc., reversed, with costs to said defendant against plaintiff, and complaint dismissed as to said defendant, with costs. Order appealed from affirmed. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, J.

GEORGE A. SPIROU, Appellant, v. MILWAUKEE MECHANICS INSURANCE COMPANY and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

RAYMOND A. KIRWIN, Substituted in Place and Stead of MICHAEL P. MURPHY, Appellant, v. SELMA G. MAYER, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

GIUSEPPE ZASA and VINCENT BRUNETTI, Respondents, v. THOMAS PERRONE, Appellant, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley and Glennon, JJ.

EDWARD O'NEIL, as Administrator, etc., of MICHAEL E. O'NEIL, Deceased, Respondent, v. THE UNITED ELECTRIC LIGHT AND POWER COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

THE PUBLIC NATIONAL BANK AND TRUST COMPANY OF NEW YORK, Appellant, v. BEARD'S ERIE BASIN, INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

461 WEST FORTY-FOURTH STREET CORPORATION, Appellant, v. MICHAEL F. BREEN, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

WESLEY G. BOYER, Appellant, v. ALAN HARCOURT BLACK and Another, Defendants, Impleaded with PHILLIPSE E. GREENE, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.